# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| SURFCAST, INC., | ) |
|       Plaintiff | ) |
| v. | )    Civil No. 2:12-cv-333 |
| MICROSOFT CORPORATION, | ) |
|       Defendant | ) |

## ORDER

Since I am no longer taking patent cases, see 28 U.S.C. § 294(b), I remove myself from this case and request that the Clerk's Office reassign it to another judge.

**So Ordered.**

**Dated this 26th day of June, 2013**

/s/D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**